# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

MARSHA STEEL,

        Plaintiff,

        -vs-

FARMERS CROP INSURANCE ALLIANCE,

        Defendant.

Case No. 3:04-cv-363

District Judge Walter Herbert Rice
Chief Magistrate Judge Michael R. Merz

## ORDER ADOPTING REPORT AND RECOMMENDATIONS

The Court has reviewed the Report and Recommendations of United States Magistrate Judge Michael R. Merz (Doc. #13), to whom this case was referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) expired on May 26, 2005, hereby ADOPTS said Report and Recommendations.

It is therefore ORDERED that this action be dismissed without prejudice for lack of prosecution.

May 31, 2005.

_____
Walter Herbert Rice
United States District Judge

1